IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>DR. DAVID J. DURKIN, KETAMINE INFUSION OF MONTANA, LLC, and DOES 1–5,<br><br>Defendants. | CV 23-104-M-DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 5th day of March, 2024.

_____
Donald W. Molloy, District Judge
United States District Court